UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKASHA TANIA BARKER,

              Plaintiff,

- against -

THE CITY OF NEW YORK,

              Defendant.

19cv2582 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated at the hearing today, the plaintiff's motion for a temporary restraining order is **denied**. The Clerk of Court is directed to close docket number 3.

The Court will refer this case to the Magistrate Judge for the purposes of settlement. The Court will also authorize pro bono counsel to represent the plaintiff in this case for the purposes of settlement and recommend that the plaintiff receive such counsel.

SO ORDERED.

Dated:   New York, New York
         April 2, 2019

                                      John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-3-19