USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12·17·19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AKASHA TANIA BARKER,
                 Plaintiff,

                 19 civ 2582 (JGK)

       -against-

CITY OF NEW YORK, et al.
                 Defendants.
------------------------------------------------------------X

## ORDER

The defendants filed a motion to dismiss on September 20, 2019. The defendant, by order dated September 19, 2019, was directed to respond to the motion by November 1, 2019.

There has been no response of the motion, to date.

The plaintiff shall respond to the motion to dismiss by **January 17, 2020. Failure to respond to the motion by January 17, 2020, may result in the Court granting the motion by default; the case would be dismissed and the plaintiff will have no trial.**

The plaintiff is advised that if assistance is needed, the plaintiff may contact the Pro Se Office of this Court, which is located at: 40 Foley Square, Room 105; New York, New York 10007. The telephone number is (212) 805-0175.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         December 16, 2019

Copied via ECF and emailed to plaintiff at:
enlightendpossibilities@gmail.com