## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AKASHA TANIA BARKER,

        Plaintiff,

-against-

THE CITY OF NEW YORK,

        Defendant.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020

19 **CIVIL** 2582 (JGK)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 5, 2020, the Plaintiff's case

is dismissed without prejudice for failure to prosecute; accordingly, the case is closed.

**Dated:** New York, New York
      February 5, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

      **Deputy Clerk**